UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN PANTAZES,

    Plaintiff,

v.                                                   Case No. 6:14-cv-660-Orl-37TBS

ALTRIA GROUP DISTRIBUTION
COMPANY,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Second Motion to Waive the In-Person Requirement of the Case Management Report (Doc. 29). Counsel for Defendant represents that he has conferred with Plaintiff about the relief requested in the motion and Plaintiff replied that he needed time to think about it. (Id., ¶ 6).

This is a Track Two case. (Doc. 7). Pursuant to M.D. Fla. R. 3.05(c)(2), the Court ordered counsel and any unrepresented party to meet within 60 days after service of the complaint upon any Defendant to prepare and file a case management report. (Id.). The parties have through August 4, 2014 within to file their case management report. (Doc. 26).

Defendant desires to meet with Plaintiff telephonically to prepare the case management report. The Court encourages the use of telephonic conferences, whenever possible, particularly when counsel are located in different cities. M.D. Fla. R. 3.01(I). Plaintiff is located in Ormond Beach, Florida and Defendant's lawyer is located in Kansas City, Missouri. (Docket).

Under the circumstances, the Court finds that a telephonic conference is appropriate. Therefore, Defendant's motion is GRANTED. The parties may confer telephonically to complete their case management report.

DONE AND ORDERED in Orlando, Florida, on July 30, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Plaintiff, pro se
    All Counsel